### ROSE agt. MEADER

Roger Rose plaint. agt. John Meader Defend$^t$ in an action of the case for non performance of his promiss which was to pay the summe of four pound in mony & four pound in goods for the Freight of a Boate load of timber brought by s$^d$ Rose from Oyster River and delivered to s$^d$ Meader as per his receipt bearing date the 19° of April. 1677. appeareth with all other due damages &c. . . . The Jury . . . found for the Defend$^t$ costs of Court 11$^s$ 6$^d$

Execucion issued 8$^{br}$ 20° 77. [ 450 ]

### GLOVER agt HUDSON

John Glover plaint. ag$^t$ Cap$^t$ William Hudson in an action of debt of Seven pounds in mony due by bill with damages &c. The action being called the plaintife not having his bill to produce the attachm$^t$ onely was committed to the Iury, who found for the Defend$^t$ costs of Court.

### WOODWARD agt ALDRICH: etc.

Peter Woodward plaint. on appeale from the Judgem$^t$ of the Commission$^{rs}$ of the Town of Dedham 28° May 1677. ag$^t$ Thomas Aldrich, John Coleburn, John Aldis Jonathan Gay, Joseph Wight &c. Defend$^{ts}$ The Courts Iudgement Reasons of appeale and Evidences in the case produced being read & committed to the Iury which remain on file with the Records of this Court: The Iury brought in theire verdict they found for the plaint. Reversion of former Iudgement and costs of Court.